# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS NESBETH,** *et al.***, individually and on behalf of all others similarly situated,** | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | Civ. No. 21-1444 |
| **ICON CLINICAL RESEARCH LLC,** *et al.***,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 28th day of December, 2021, it having been reported that the Parties have reached a classwide settlement to resolve the claims in this matter, it is hereby **ORDERED** that all deadlines in this case are **STAYED** while the Parties prepare formal settlement documents. The Parties **SHALL** submit settlement materials for Court approval **no later than Friday, January 28, 2022 at 4:00 p.m.** Should the Parties fail to reach agreement on final settlement documentation, the Parties **SHALL** notify the Court so that I may issue an Amended Scheduling Order.

**AND IT IS SO ORDERED.**

 */s/ Paul S. Diamond*
Paul S. Diamond, J.