# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS O. NESBETH, AMIT GODAMBE, JENNY GALLERY, MISTY HOWELL and MICAH WEBB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICON CLINICAL RESEARCH, LLC, THE BOARD OF DIRECTORS OF ICON CLINICAL RESEARCH, LLC, THE 401(K) PLAN COMMITTEE OF ICON CLINICAL RESEARCH, LLC and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.:<br>2:21-cv-01444-PD |

**PLAINTIFFS CARLOS O. NESBETH, AMIT GODAMBE, JENNY GALLERY, MISTY HOWELL, AND MICAH WEBB'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF A FAIRNESS HEARING**

Plaintiffs Carlos O. Nesbeth, Amit Godambe, Jenny Gallery, Misty Howell, and Micah Webb (collectively, "Plaintiffs"), participants in the ICON Clinical Research, LLC 401(k) Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement), Preliminary Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval) and respectfully move this Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs

---

[1] "Defendants" refers, collectively, to ICON Clinical Research, LLC ("ICON"), The Board of Directors of ICON Clinical Research, LLC (the "Board"), and the 401(k) Plan Committee of ICON Clinical Research, LLC (the "Committee).

and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

      A Proposed Order is submitted herewith.

Dated: January 28, 2022               Respectfully submitted,

                               **CAPOZZI ADLER, P.C.**

                               */s/ Mark K. Gyandoh*
                               Mark K. Gyandoh, Esquire
                               Gabrielle Kelerchian, Esquire
                               312 Old Lancaster Road
                               Merion Station, PA 19066
                               Telephone: (610) 890-0200
                               Facsimile: (717) 233-4103
                               Email: markg@capozziadler.com
                                           gabriellek@capozziadler.com

                               **CAPOZZI ADLER, P.C.**
                               Donald R. Reavey, Esquire
                               2933 North Front Street
                               Harrisburg, PA 17110
                               Telephone: (717) 233-4101
                               Facsimile: (717) 233-4103
                               Email: donr@capozziadler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.