# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS NESBETH,** *et al.***, individually and on behalf of all others similarly situated,** : : : | |
| **Plaintiffs,** : : | |
| v. : | Civ. No. 21-1444 |
| : | |
| **ICON CLINICAL RESEARCH LLC,** *et al.***,** : | |
| **Defendants.** : | |

## O R D E R

**AND NOW**, this 31st day of January, 2022, it is hereby **ORDERED** that the Parties shall appear before me for a virtual hearing on Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing. (Doc. No. 30.) See Gates v. Rohm & Haas Co., 248 F.R.D. 434, 438 (E.D. Pa. 2008) ("Judicial review of a proposed class settlement generally requires two hearings: one preliminary approval hearing and one final 'fairness' hearing."). The virtual hearing is **SCHEDULED** for **Monday, February 28, 2022 at 2:00 p.m.**

**AND IT IS SO ORDERED.**

  */s/ Paul S. Diamond*
Paul S. Diamond, J.