IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS NESBETH,** *et al.***, individually and on behalf of all others similarly situated,** : : : | |
| **Plaintiffs,** : : | |
| v. : | Civ. No. 21-1444 |
| : | |
| **ICON CLINICAL RESEARCH LLC,** *et al.***,** : | |
| **Defendants.** : | |

**O R D E R**

**AND NOW**, this 25th day of February, 2022, it is hereby **ORDERED** that the virtual Hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing (Doc. No. 30) is **RESCHEDULED** to **Wednesday, March 2 at 10:00 a.m.**

                                                                 **AND IT IS SO ORDERED.**

                                                        */s/ Paul S. Diamond*
                                                        Paul S. Diamond, J.