# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS NESBETH,** *et al.*, individually and on behalf of all others similarly situated, : : : | |
| Plaintiffs, : : | |
| v. : | Civ. No. 21-1444 |
| : | |
| **ICON CLINICAL RESEARCH LLC,** *et al.*, : | |
| Defendants. : | |

## J U D G M E N T

**AND NOW**, this 20th day of July, 2022, after holding two fairness hearings, and upon consideration of Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 35), Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and a Lead Plaintiff Case Contribution Award (Doc. No. 36), Mark Gyandoh's Declaration (Doc. No. 37), Class Representatives' Notice of Non-Opposition to Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 38), and all related submissions, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 35) is **GRANTED**. The Settlement Agreement (including the Release) is finally approved and shall be consummated in accordance with its terms. The Class is finally certified for settlement purposes only pursuant to Rule 23. Fed. R. Civ. P. 23. Carlos O. Nesbeth, Amit Godambe, Jenny Gallery, Misty Howell, and Micah Webb are finally appointed Class Representatives and Plaintiffs' Counsel (Capozzi Adler, P.C.) are finally appointed as Class Counsel;

2. Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and a Lead Plaintiff Case Contribution Award (Doc. No. 36) is **GRANTED**. Counsel is

awarded $316,635 in fees and $14,882.60 in costs. Class Representatives each are awarded a $10,000 service award;

3. All claims asserted by Plaintiffs and the Class against Defendants are **DISMISSED with prejudice** in accordance with the terms of the Settlement Agreement. The **CLERK OF COURT** shall **CLOSE** this case. <u>See</u> Fed. R. Civ. P. 54(b); and

4. The Court will retain exclusive jurisdiction over the Settlement Agreement to oversee its administration, distribution to the Class, and issues relating to attorneys' fees.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.